IN THE MATTER OF THE PETITION FOR REINSTATEMENT OF KAMAH MENSELEH GUEH-THORONKA TO THE BAR OF MARYLAND

\*
\*
\*
\*
\*
\*

IN THE

COURT OF APPEALS

OF MARYLAND

Misc. Docket AG No. 95

September Term, 2021

**ORDER**

Upon consideration of Kamah Menseleh Gueh-Thoronka's Verified Petition for Reinstatement, Bar Counsel's response to the petition, and Petitioner's "Motion for Petition for Reinstatement to be Granted Without a Hearing," it is this 18th day of November 2022, by the Court of Appeals of Maryland, a majority of the Court concurring,

ORDERED by the Court of Appeals of Maryland, a majority of the court concurring, that the Petition is, GRANTED; and it is further

ORDERED that Kamah Menseleh Gueh-Thoronka is reinstated as a member of the Bar of Maryland; and it is further

ORDERED that, the Clerk of the Court shall replace the name Kamah Menseleh Gueh-Thoronka upon the register of attorneys entitled to practice law in this State and certify that fact to the Trustees of the Client Protection Fund and the Clerks of all judicial tribunals in this State.

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Matthew J. Fader
Chief Judge

Gregory Hilton, Clerk